## Commonwealth *v.* Alston, Appellant.

 Argued November 11, 1970. *Donald E. Lewis*, Assistant Public Defender, with him *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Robert L. Campbell*, Assistant District Attorney, with him *Carol Mary Los*, Assistant District Attorney, and *Robert W.*

*Duggan,* District Attorney, for Commonwealth, appellee.

Judgments of sentence in all appeals affirmed.